THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HARZYNSKI, Appellant. (Appeal No. 1.) [887 NYS2d 900]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered June 24, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HARZYNSKI, Appellant. (Appeal No. 2.) [887 NYS2d 900]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered June 24, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.